IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JONATHAN BENNETT    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 18-15201

ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. #88)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. #89)** is **APPROVED**.

**Date:**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**